UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **JASON JARREL SPIKES** | **CIVIL ACTION** |
| **VERSUS** | **NO. 17-17817** |
| **LEWIS MURRY, MATTHEW CAPLAN** | **SECTION "H" (4)** |

## O R D E R

The Court, having considered the record, the applicable law, the Report and Recommendation of the Chief United States Magistrate Judge, and the Objections thereto, hereby approves the Report and Recommendation of the Chief United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS ORDERED** that the plaintiff Jason Jarrel Spikes's claims under 42 U.S.C. § 1983 against the defendants, Assistant District Attorneys Lewis Murry and Matthew Caplan, are **DISMISSED WITH PREJUDICE** as frivolous, for failure to state a claim for which relief can be granted and/or for seeking relief against an immune defendants as provided under 28 U.S.C. §1915 and § 1915A.

New Orleans, Louisiana, this 11th day of February, 2019.

_____
**JANE TRICHE MILAZZO**
**UNITED STATES DISTRICT JUDGE**